IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MATEO RAMIREZ RAMOS,<br><br>*Petitioner,*<br><br>VS.<br><br>WARDEN, IAH Secure Adult Detention Facility; BRET BRADFORD, Houston Field Office Director, ICE Enforcement and Removal Operations; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA JO BONDI, Attorney General, U.S. Department of Justice,<br><br>*Respondents.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 9:26-CV-00350<br>JUDGE MICHAEL J. TRUNCALE |

**ORDER GRANTING RESPONDENTS' MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

Before the Court is Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Moot. [Dkt. 9]. Respondents advise the Court that Petitioner was removed from the United States and returned to Mexico on July 22, 2026. Given the above information, Respondents file the present motion requesting the Court deny Petitioners' Petition for Writ of Habeas Corpus as moot. After considering Respondents' motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Moot [Dkt. 9] is hereby **GRANTED** and Petitioner's Petition for Writ of Habeas Corpus [Dkt. 1] is hereby **DENIED AS MOOT**.

It is further **ORDERED** that all attorneys' fees and costs shall be borne by the Party incurring same, that all Court dates and deadlines are hereby **VACATED,** and that all other pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 15th day of August, 2026.**

Michael J. Truncale
United States District Judge